**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SPOKANE RIVERKEEPER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>  Defendant. | No. 2:15-cv-01542-RSM<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME |

  The Court, having considered the Joint Motion for Extension of Time ("Motion"), and for good cause shown, hereby GRANTS the Motion. Accordingly, IT IS HEREBY ORDERED that Defendant's answer or other response to Plaintiff's Complaint is due November 22, 2017.

  Dated this 21st day of July, 2017.

                       RICARDO S. MARTINEZ
                       CHIEF UNITED STATES DISTRICT JUDGE

Order Granting Joint Motion                 U.S. Dept. of Justice/ENRD
For Extension; Re Answer                  P.O. Box 7611
No. 2:15-cv-01542-RSM                   Washington, D.C. 20044

1

Presented By:

 /s/ David J. Kaplan
David J. Kaplan
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 514-2741
Email: sonya.shea@usdoj.gov

Attorney for Defendant
Environmental Protection Agency

Order Granting Joint Motion                    U.S. Dept. of Justice/ENRD
For Extension; Re Answer                       P.O. Box 7611
No. 2:15-cv-01542-RSM                          Washington, D.C. 20044
                                               (202) 514-0997

2