IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SPOKANE RIVERKEEPER,

    Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant.

NO. 2:15-cv-01542-RSM

ORDER GRANTING UNOPPOSED MOTION FOR VOUNTARY DISMISSAL

The Court, having considered Plaintiff Spokane Riverkeeper's Unopposed Motion for Voluntary Dismissal, and for good cause shown, hereby GRANTS that Motion.

Accordingly, IT IS HEREBY ORDERED that this case is dismissed, with prejudice, with each party to bear its own costs of litigation, including attorneys' fees.

Dated this 2nd day of March 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED
MOTION FOR VOUNTARY DISMISSAL - 1
Case No. 2:15-cv-01542-RSM

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

1  Presented By:

2  /s/ Jacob Brooks
3  Jacob Brooks
   Bricklin & Newman, LLP
4  1424 Fourth Avenue, Suite 500
   Seattle, WA 98101
5  (206) 264-8600 (tel)
   (206) 264-9300 (fax)
6  Email: brooks@bnd-law.com

7  Attorney for Plaintiff Spokane Riverkeeper

ORDER GRANTING UNOPPOSED
MOTION FOR VOUNTARY DISMISSAL - 2
Case No. 2:15-cv-01542-RSM

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300